UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HURRY FAMILY REVOCABLE TRUST ALPINE SECURITIES CORPORATION; and SCOTTSDALE CAPITAL ADVISORS CORPORATION<br><br>      Plaintiffs,<br><br>vs.<br><br>CHRISTOPHER FRANKEL<br><br>      Defendant. | Case No.  3:19mc114<br><br>(M.D. Fla. Case No. 8:18-cv-02869)<br><br>SEPTEMBER 26, 2019 |

**MOTION TO COMPEL VISION FINANCIAL MARKETS LLC'S
<u>COMPLIANCE WITH SUBPOENA</u>**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, and supported by the Memorandum of Law and Declaration submitted herewith, Plaintiffs The Hurry Family Revocable Trust, Alpine Securities Corporation, and Scottsdale Capital Advisors (collectively, "Plaintiffs") request that the Court compel third party Vision Financial Markets, LLC ("Vision") to produce documents in compliance with a subpoena (the "Subpoena") issued in the above-referenced action before the United States District Court for the Middle District of Florida, specifically in the case captioned *Hurry Family Revocable Trust, et al. v. Christopher Frankel*, 8:18CV02869(VMC/-CPT).   Pursuant to Local Rule 7(a), counsel for Plaintiffs attempted to meet and confer with counsel for Vision.  Counsel for Vision refused to discuss the matter.

WHEREFORE, Plaintiffs respectfully request an order compelling Third-Party Vision Financial Markets, LLC to produce documents in compliance with the Subpoena referenced herein.

                                      **SPEARS MANNING & MARTINI, LLC**

By:   /s/ Brian E. Spears
        Brian E. Spears (ct14240)
        Spears Manning & Martini, LLC
        2425 Post Road, Suite 203
        Southport, CT  06890
        Tel. (203) 292-9766
        Fax. (203) 292-9682
        Email: bspears@spearsmanning.com

*Attorney for the Plaintiffs*

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 26, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent  by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone  unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF  system.

  A copy of the foregoing will be sent via electronic mail to counsel representing Vision Financial Markets, LLC, i.e., Clifford Histed of K&L Gates LLP at clifford.histed@klgates.com .

            */s/ Brian E. Spears*
            Brian E. Spears