IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE HURRY FAMILY REVOCABLE TRUST, ALPINE SECURITIES CORPORATION, AND SCOTTSDALE CAPITAL ADVISORS CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER FRANKEL,<br><br>Defendant. | No. 3:19-mc-0114 (CSH)<br><br>(M.D. Fla. Case No. 8:18-cv-02869) |

**THIRD PARTY VISION FINANCIAL MARKETS LLC'S
MOTION TO TRANSFER AND FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

Third party Vision Financial Markets, LLC ("Vision") respectfully moves this Court for an order: (1) transferring Plaintiffs The Hurry Family Revocable Trust, Alpine Securities Corporation, and Scottsdale Capital Advisors' motion to compel compliance with a third party subpoena (Dkt. No. 1) to the U.S. District Court for the Middle District of Florida, which issued the subpoena, and where the underlying matter is pending; and (2) extending Vision's time to respond to the motion to compel, to 14 days after the motion to compel is transferred to the Middle District of Florida or this Court otherwise rules on this motion to transfer.

The reasons for transfer and extension of time to respond are supported by the Memorandum of Law and the Declaration of Jenny R. Chou accompanying this motion.

1

        Respectfully Submitted,

        Third Party Witness,
        Vision Financial Markets, LLC

By:    */s/ Jenny R. Chou*
        Jenny R. Chou (ct28201)
        Wiggin and Dana LLP
        One Century Tower
        P.O. Box 1832
        New Haven, CT  06508–1832
        Tel: 203-498-4302
        Fax: 203-782–2889
        jchou@wiggin.com

        *Attorney for Vision Financial Markets, LLC*

## CERTIFICATION OF SERVICE

I hereby certify that on 10th day of October, 2019, a copy of the foregoing was served electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

        */s/ Jenny R. Chou*
        Jenny R. Chou