**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **THE HURRY FAMILY REVOCABLE TRUST, ALPINE SECURITIES CORPORATION, AND SCOTTSDALE CAPITAL ADVISORS CORPORATION** | : : : : : | **No. 3:19-mc-0114 (CSH)** <br><br> **(M.D. Fla. Case No. 8:18-cv-02869)** |
| **Plaintiffs,** | : : | |
| **v.** | : : | |
| **CHRISTOPHER FRANKEL,** | : : | |
| **Defendant.** | : : | |

**DECLARATION OF JENNY R. CHOU IN SUPPORT OF**
**THIRD PARTY VISION FINANCIAL MARKETS LLC'S**
**MOTION TO TRANSFER AND FOR EXTENSION OF TIME**
**TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

I, Jenny R. Chou, declare that the following information is true and correct:

1.      I am over 18 years old.

2.      I have personal knowledge and am otherwise competent to testify regarding the information in this Declaration.

3.      Attached hereto as Exhibit A is a true and correct copy of the docket in *The Hurry Family Revocable Trust, et al. v. Christopher Frankel*, No. 8:18-cv-02869 (M.D. Fla.) as of October 9, 2019.

4.      Attached hereto as Exhibit B is a true and correct copy of the unpublished Ruling and Order in *Brown v. Lowe's Companies, Inc.*, No. 16-mc-196, Dkt. No. 14 (D. Conn. Dec. 7, 2016).

1

I, Jenny R. Chou, declare under penalty of perjury that the foregoing is true and correct.
Executed on October 9, 2019.

Jenny R. Chou

# EXHIBIT A

SL DOC, TRLSET

# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:18-cv-02869-VMC-CPT

Cayman Securities Clearing and Trading Ltd. et al v. Frankel
Assigned to: Judge Virginia M. Hernandez Covington
Referred to: Magistrate Judge Christopher P. Tuite
Cause: 18:1836(b) Civil Action to Protect Trade Secrets

Date Filed: 11/21/2018
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Cayman Securities Clearing and Trading Ltd.**
*TERMINATED: 05/13/2019*

represented by

**Charles J. Harder**
Harder LLP
132 S Rodeo Dr 4th Flr
Beverly Hills, CA 90212
424-203-1600
Fax: 424-203-1601
Email: charder@harderllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Susman**
Harder LLP
132 S Rodeo Dr 4th Fl
Beverly Hills, CA 90212
424-203-1600
Fax: 424-203-1601
Email: JSusman@HarderLLP.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth George Turkel**
Bajo Cuva Cohen Turkel, PA
100 N Tampa St Ste 1900
Tampa, FL 33602-5853
813/221-2626
Fax: 813/221-7335
Email: kturkel@bajocuva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Jeanne Arnold**
Harder LLP

132 S Rodeo Dr 4th FL
Beverly Hills, CA 90212-2406
424-203-1600
Fax: 424-203-1601
Email: marnold@harderllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victor Stephen Cohen**
Bajo Cuva Cohen Turkel, PA
100 N Tampa St Ste 1900
Tampa, FL 33602-5853
813/443-2199
Fax: 813/443-2193
Email: scohen@bajocuva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
Bajo Cuva Cohen Turkel, PA
100 N Tampa St Ste 1900
Tampa, FL 33602-5853
813/868-6650
Fax: 813/443-2193
Email: shane.vogt@bajocuva.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Hurry Family Revocable Trust**        represented by   **Charles J. Harder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Susman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth George Turkel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Jeanne Arnold**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victor Stephen Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scottsdale Capital Advisors Corporation**         represented by   **Charles J. Harder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Susman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth George Turkel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Jeanne Arnold**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victor Stephen Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alpine Securities Corporation**         represented by   **Charles J. Harder**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Susman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth George Turkel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Jeanne Arnold**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Victor Stephen Cohen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Christopher Frankel**                  represented by  **Harold D. Holder**
                                                         Bush Ross, PA
                                                         1801 N Highland Ave
                                                         Tampa, FL 33601
                                                         813/224-9255
                                                         Email: hholder@bushross.com
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jeffrey Carter Andersen**
                                                         Bush Ross, PA
                                                         1801 N Highland Ave
                                                         Tampa, FL 33601
                                                         813/224-9255
                                                         Fax: 813/223-9620
                                                         Email: candersen@bushross.com
                                                         *ATTORNEY TO BE NOTICED*

**David Christopher Banker**
Bush Ross, PA
1801 N Highland Ave
Tampa, FL 33601
813/224-9255
Fax: 813/223-9620
Email: dbanker@bushross.com
*ATTORNEY TO BE NOTICED*

**Mediator**

**Peter J. Grilli**
*TERMINATED: 07/29/2019*

represented by **Peter John Grilli**
Peter J. Grilli, PA
3001 W Azeele St
Tampa, FL 33609-3138
813/874-1002
Fax: 813/874-1131
Email: peter@grillimediation.com
*TERMINATED: 07/29/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Christopher Frankel**

represented by **Harold D. Holder**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jeffrey Carter Andersen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David Christopher Banker**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Alpine Securities Corporation**

represented by **Charles J. Harder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Susman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth George Turkel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Jeanne Arnold**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Cayman Securities Clearing and Trading Ltd.**
*TERMINATED: 05/13/2019*

represented by **Charles J. Harder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Susman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth George Turkel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Jeanne Arnold**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Scottsdale Capital Advisors Corporation**

represented by **Charles J. Harder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jordan Susman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth George Turkel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Jeanne Arnold**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**The Hurry Family Revocable Trust**    represented by    **Charles J. Harder**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jordan Susman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth George Turkel**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Margo Jeanne Arnold**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shane B. Vogt**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2018 | 1 | COMPLAINT against All Defendants with Jury Demand (Filing fee $ 400 receipt number 113A-14850063) filed by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Civil Cover Sheet, # 3 Proposed Summons)(Vogt, Shane) (Entered: 11/21/2018) |
| 11/21/2018 | 2 | NEW CASE ASSIGNED to Judge Virginia M. Hernandez Covington and Magistrate Judge Christopher P. Tuite. New case number: 8:18-cv-2869-T-33CPT. (SJB) (Entered: 11/21/2018) |
| 11/23/2018 | 3 | SUMMONS issued as to Christopher Frankel. (JNB) (Entered: 11/23/2018) |
| 11/27/2018 | 4 | **RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Signed by Judge Virginia M. Hernandez Covington on 11/27/2018. (TWL)** (Entered: 11/27/2018) |
| 11/30/2018 | 5 | **ORDER: Plaintiff is directed to effect service of process as required by Rule 4, Fed. R. Civ., P., and file proof thereof with the Court as soon as service has been effected. See Order for details. Signed by Judge Virginia M. Hernandez Covington on 11/30/2018. (TWL)** (Entered: 11/30/2018) |
| 12/03/2018 | 6 | PROOF of service by Cayman Securities Clearing and Trading Ltd. (Turkel, Kenneth) (Entered: 12/03/2018) |
| 12/03/2018 | 7 | MOTION for Charles Harder to appear pro hac vice by All Plaintiffs. (Turkel, Kenneth) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 12/03/2018) |
| 12/03/2018 | 8 | MOTION for Jordan Susman to appear pro hac vice by All Plaintiffs. (Turkel, Kenneth) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 12/03/2018) |
| 12/04/2018 | 9 | **ENDORSED ORDER denying without prejudice 7 Motion for Charles J. Harder to Appear Pro Hac Vice and 8 Motion for Jordan D. Susman to Appear Pro Hac Vice. In accordance with Local Rule 2.02(a), any renewed motions to appear specially in this Court shall indicate whether the attorney is a member in good standing of the bar of any District Court of the United States outside Florida. Signed by Magistrate Judge Christopher P. Tuite on 12/4/2018. (AMM)** (Entered: 12/04/2018) |
| 12/06/2018 | | ***PRO HAC VICE FEES paid by attorney Charles J Harder, appearing on behalf of Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust (Filing fee $150 receipt number TPA054387.) Related document: 7 MOTION for Charles Harder to appear pro hac vice. (JCG) (Entered: 12/06/2018) |
| 12/06/2018 | | ***PRO HAC VICE FEES paid by attorney Jordan D Susman, appearing on behalf of Alpine Securities Corporation, Cayman Securities Clearing and |

| | | |
|---|---|---|
| | | Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust (Filing fee $150 receipt number TPA054388.) Related document: 8 MOTION for Jordan Susman to appear pro hac vice. (JCG) (Entered: 12/06/2018) |
| 12/10/2018 | 10 | MOTION for Charles J. Harder to appear pro hac vice by All Plaintiffs. (Vogt, Shane) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 12/10/2018) |
| 12/10/2018 | 11 | MOTION for Jordan D. Susman to appear pro hac vice by All Plaintiffs. (Vogt, Shane) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 12/10/2018) |
| 12/11/2018 | 12 | NOTICE of pendency of related cases re 4 Related case order and track 2 notice per Local Rule 1.04(d) by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. Related case(s): No (Vogt, Shane) (Entered: 12/11/2018) |
| 12/12/2018 | 13 | **ENDORSED ORDER granting 10 Renewed Motion for Charles J. Harder to Appear Pro Hac Vice; granting 11 Renewed Motion for Jordan D. Susman to Appear Pro Hac Vice. If counsel have not already done so, within 14 days hereof, each shall pay the $150 fee to the Clerk of Court and complete the e-filer registration form (available at http://www.flmd.uscourts.gov/special-admission-practice). Signed by Magistrate Judge Christopher P. Tuite on 12/12/2018. (AMM)** (Entered: 12/12/2018) |
| 12/17/2018 | 14 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand , COUNTERCLAIM against All Plaintiffs by Christopher Frankel. (Attachments: # 1 Appendix Index of Exhibits, # 2 Exhibit Exhibit 1, # 3 Exhibit Exhibit 2-A, # 4 Exhibit Exhibit 2-B, # 5 Exhibit Exhibit 3)(Banker, David) (Entered: 12/17/2018) |
| 12/17/2018 | 15 | MOTION for miscellaneous relief, specifically Judicial Notice by Christopher Frankel. (Attachments: # 1 Appendix Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Holder, Harold) Modified on 12/18/2018 (BES). (Entered: 12/17/2018) |
| 12/17/2018 | 16 | MOTION for miscellaneous relief, specifically Bond under Section 501.211(3) by Christopher Frankel. (Attachments: # 1 Appendix Declaration of Christopher Frankel, # 2 Appendix Index of Exhibits, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3)(Banker, David) Modified on 12/18/2018 (BES). (Entered: 12/17/2018) |
| 12/17/2018 | 17 | REQUEST for oral argument re 16 MOTION for miscellaneous relief, specifically Bond under Section 501.211(3) by Christopher Frankel. (Banker, David) (Entered: 12/17/2018) |
| 12/18/2018 | 18 | NOTICE of pendency of related cases per Local Rule 1.04(d) by Christopher Frankel. Related case(s): No (Banker, David) (Entered: 12/18/2018) |
| 12/26/2018 | 19 | |

| | | |
|---|---|---|
| | | **ENDORSED ORDER: Counsel are directed to meet and confer, in person or by telephone, and by January 10, 2019, file a completed Case Management Report. This document can be found on Judge Covington's page of the Court's website at www.flmd.uscourts.gov. Please be advised that the Court's Case Management Report form is different from those used by other judges. Local Rule 3.05(c)(2)(E), M.D. Fla., explains that most track two cases, like the present case, ''will be tried within one year after the filing of the complaint.'' To accomplish this goal, the Court believes that six to eight months is a sufficient period of time to conduct discovery. If the parties believe that more time than eight months will be needed to complete discovery, the parties should provide the Court with a detailed explanation as to why additional time is needed and a timeline for the discovery that is planned. The Court will then determine whether a Case Management Hearing is necessary before entry of a Case Management and Scheduling Order. Signed by Judge Virginia M. Hernandez Covington on 12/26/2018. (TWL) (Entered: 12/26/2018)** |
| 12/27/2018 | 20 | Unopposed MOTION for Extension of Time to File Response/Reply as to 16 MOTION for miscellaneous relief, specifically Bond under Section 501.211(3) by All Plaintiffs. (Vogt, Shane) (Entered: 12/27/2018) |
| 12/27/2018 | 21 | **ENDORSED ORDER granting Plaintiffs' Unopposed Motion for Extension of Time to File Response/Reply. (Doc. # 20). Plaintiffs' response to Defendant's Motion for Bond Under Section 501.211(3), (Doc. # 16), is due by January 10, 2019. Signed by Judge Virginia M. Hernandez Covington on 12/27/2018. (DLB)** (Entered: 12/27/2018) |
| 01/07/2019 | 22 | **ORDER: Defendant Christopher Frankel's Motion for Judicial Notice (Doc. # 15) is GRANTED to the extent provided herein. Signed by Judge Virginia M. Hernandez Covington on 1/7/2019. (DLB)** (Entered: 01/07/2019) |
| 01/07/2019 | 23 | *ANSWER/* REPLY to 14 Counterclaim *and Affirmative Defenses* by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. Related document: 14 Answer to ComplaintCounterclaim filed by Christopher Frankel.(Harder, Charles) (Entered: 01/07/2019) |
| 01/10/2019 | 24 | RESPONSE in Opposition re 16 MOTION for miscellaneous relief, specifically Bond under Section 501.211(3) filed by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Attachments: # 1 Declaration of John Hurry in Opposition to Defendant's Motion for Bond) (Susman, Jordan) (Entered: 01/10/2019) |
| 01/10/2019 | 25 | CASE MANAGEMENT REPORT. (Harder, Charles) (Entered: 01/10/2019) |
| 01/11/2019 | 26 | NOTICE of Appearance by Jeffrey Carter Andersen on behalf of Christopher Frankel (Andersen, Jeffrey) (Entered: 01/11/2019) |
| 01/11/2019 | 27 | CERTIFICATE of interested persons and corporate disclosure statement by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., |

| | | |
|---|---|---|
| | | Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 01/11/2019) |
| 01/11/2019 | 28 | CERTIFICATE of interested persons and corporate disclosure statement by Christopher Frankel. (Banker, David) (Entered: 01/11/2019) |
| 01/11/2019 | 29 | **CASE MANAGEMENT AND SCHEDULING ORDER: Final Pretrial Conference set for 1/16/2020 at 9:00 AM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington, Jury Trial set for February 2020 trial term in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington, Conduct mediation hearing by 8/2/2019. Lead counsel to coordinate dates. Signed by Judge Virginia M. Hernandez Covington on 1/11/2019. (TWL)** (Entered: 01/11/2019) |
| 01/11/2019 | 30 | **ENDORSED ORDER: In light of the Court's Case Management and Scheduling Order (Doc. # 29), no case management hearing will be held. Additionally, in order to keep cases moving on track, the Court has found it necessary to impose some restrictions on the types and number of extensions to case management deadlines that it grants. Thus, the parties are advised that, while short extensions, especially if unopposed, will be favorably considered, the Court will not substantially move the dispositive motions deadline or the trial date. Signed by Judge Virginia M. Hernandez Covington on 1/11/2019. (TWL)** (Entered: 01/11/2019) |
| 01/15/2019 | 31 | **ORDER: Defendant Christopher Frankel's Motion for Bond Under Section 501.211(3) and Request for Oral Argument and Evidentiary Hearing (Doc. ## 16, 17) are DENIED. Signed by Judge Virginia M. Hernandez Covington on 1/15/2019. (DLB)** (Entered: 01/15/2019) |
| 01/18/2019 | 32 | NOTICE of mediation conference/hearing to be held on July 26, 2019 10:00 a.m. before Peter Grilli. (Vogt, Shane) (Entered: 01/18/2019) |
| 01/22/2019 | 33 | **ORDER appointing Peter J. Grilli as mediator in this action. Mediation Conference set for July 26, 2019, at 10:00 AM. The Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c). Signed by Judge Virginia M. Hernandez Covington on 1/22/2019. (DLB)** (Entered: 01/22/2019) |
| 02/11/2019 | 34 | MOTION for leave to file First Amended Complaint by All Plaintiffs. (Attachments: # 1 Declaration of Jordan Susman in Support of Plaintiffs' Motion for Leave to File Its First Amended Complaint)(Susman, Jordan) (Entered: 02/11/2019) |
| 02/25/2019 | 35 | RESPONSE in Opposition re 34 MOTION for leave to file First Amended Complaint filed by Christopher Frankel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Banker, David) (Entered: 02/25/2019) |
| 02/26/2019 | 36 | **ORDER: Plaintiffs Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors, Alpine Securities Corporation, and the Hurry** |

| | | |
|---|---|---|
| | | **Family Revocable Trust's Motion for Leave to File First Amended Complaint (Doc. # 34) is GRANTED. Plaintiffs are permitted to file the amended complaint attached to their Motion as a separate pleading by February 28, 2019. Signed by Judge Virginia M. Hernandez Covington on 2/26/2019. (DLB)** (Entered: 02/26/2019) |
| 02/26/2019 | 37 | AMENDED COMPLAINT against All Defendants with Jury Demand. filed by All Plaintiffs.(Susman, Jordan) (Entered: 02/26/2019) |
| 03/12/2019 | 38 | MOTION to Dismiss Plaintiff First Amended Complaint by Christopher Frankel. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Holder, Harold) (Entered: 03/12/2019) |
| 03/26/2019 | 39 | RESPONSE in Opposition re 38 MOTION to Dismiss Plaintiff First Amended Complaint filed by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Vogt, Shane) (Entered: 03/26/2019) |
| 03/26/2019 | 40 | MOTION to Compel Responses to Interrogatories from Defendant by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Vogt, Shane) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 03/26/2019) |
| 03/26/2019 | 41 | MOTION to Compel Responses and Production of Documents from Defendant by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Vogt, Shane) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 03/26/2019) |
| 04/03/2019 | 42 | **ENDORSED ORDER: The Clerk is directed to schedule oral argument on Defendant Christopher Frankel's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. # 38) for April 26, 2019, at 3:00 p.m. Signed by Judge Virginia M. Hernandez Covington on 4/3/2019. (DLB)** (Entered: 04/03/2019) |
| 04/03/2019 | 43 | NOTICE of hearing on motion re 38 MOTION to Dismiss Plaintiff First Amended Complaint . Motion Hearing set for 4/26/2019 at 03:00 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (DLB) (Entered: 04/03/2019) |
| 04/09/2019 | 44 | RESPONSE in Opposition re 40 MOTION to Compel Responses to Interrogatories from Defendant , 41 MOTION to Compel Responses and Production of Documents from Defendant filed by Christopher Frankel. (Holder, Harold) (Entered: 04/09/2019) |
| 04/10/2019 | 45 | NOTICE OF HEARING re: 40 Plaintiffs' Motion to Compel Responses to Interrogatories from Defendant Christopher Frankel and 41 Plaintiffs' Motion to Compel Responses and Production of Documents from Defendant Christopher Frankel. Motion Hearing set for 5/7/2019 at 11:00 AM in Tampa Courtroom 12B before Magistrate Judge Christopher P. Tuite. (AMM) (Entered: 04/10/2019) |
| | | |

| | | |
|---|---|---|
| 04/16/2019 | 46 | MOTION to Compel Interrogatory Answers by Christopher Frankel. (Attachments: # 1 Exhibit 1)(Banker, David) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 04/16/2019) |
| 04/26/2019 | 47 | **ENDORSED ORDER: For the reasons stated on the record at the hearing conducted on April 26, 2019, Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. # 38) IS GRANTED under Federal Rule of Civil Procedure 12(b)(6). The Amended Complaint (Doc. # 37) is DISMISSED without prejudice. Plaintiffs are authorized to file a second amended complaint by May 10, 2019. Signed by Judge Virginia M. Hernandez Covington on 4/26/2019. (DLB) (Entered: 04/26/2019)** |
| 04/26/2019 | 50 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington: MOTION HEARING held on 4/26/2019 re 38 MOTION to Dismiss Plaintiff First Amended Complaint filed by Christopher Frankel. Court Reporter: Scott N. Gamertsfelder (TWL) (Entered: 04/29/2019) |
| 04/27/2019 | 48 | **ENDORSED ORDER: As discussed at the April 26, 2019, hearing, the Court requests, if at all possible, that the Magistrate Judge hear all three pending discovery motions at the May 7, 2019, hearing--Dockets ## 40, 41, and 46. Currently only #40 and #41 are set for the hearing and to move this case forward, the Court requests that #46, the Motion to Compel Interrogatory Answers, also be heard. Signed by Judge Virginia M. Hernandez Covington on 4/27/2019. (Covington, Virginia) (Entered: 04/27/2019)** |
| 04/29/2019 | 49 | NOTICE OF HEARING re: 46 Frankel's Motion to Compel Interrogatory Answers. Motion Hearing set for 5/7/2019 at 11:00 AM in Tampa Courtroom 12B before Magistrate Judge Christopher P. Tuite. (AMM) (Entered: 04/29/2019) |
| 04/30/2019 | 51 | RESPONSE in Opposition re 46 MOTION to Compel Interrogatory Answers filed by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Attachments: # 1 Declaration of Jordan Susman in Support of Plaintiffs' Opposition)(Susman, Jordan) (Entered: 04/30/2019) |
| 05/01/2019 | 52 | MOTION for Margo Arnold to appear pro hac vice by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 05/01/2019) |
| 05/02/2019 | | ***PRO HAC VICE FEES paid by attorney Margo Arnold, appearing on behalf of (Filing fee $150 receipt number TPA056406.) Related document: 52 MOTION for Margo Arnold to appear pro hac vice. (ARC) (Entered: 05/02/2019) |
| 05/03/2019 | 53 | **ENDORSED ORDER granting 52 Motion for Margo Arnold to Appear Pro Hac Vice. Signed by Magistrate Judge Christopher P. Tuite on 5/3/2019. (AHA) (Entered: 05/03/2019)** |
| 05/06/2019 | 54 | |

| | | |
|---|---|---|
| | | NOTICE by Christopher Frankel re 46 MOTION to Compel Interrogatory Answers , 44 Response in Opposition to Motion (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Holder, Harold) (Entered: 05/06/2019) |
| 05/07/2019 | 55 | Minute Entry. Proceedings held before Magistrate Judge Christopher P. Tuite: MOTION HEARING held on 5/7/2019 re 46 MOTION to Compel Interrogatory Answers filed by Christopher Frankel, 40 MOTION to Compel Responses to Interrogatories from Defendant filed by Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust, Alpine Securities Corporation, 41 MOTION to Compel Responses and Production of Documents from Defendant filed by Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust, Alpine Securities Corporation. (DIGITAL) (LYB) (Entered: 05/07/2019) |
| 05/07/2019 | 58 | **ENDORSED ORDER re: 40 Plaintiffs' Motion to Compel Responses to Interrogatories from Defendant Christopher Frankel; 41 Plaintiffs' Motion Compel Responses and Production of Documents from Defendant Christopher Frankel; and 46 Frankel's Motion to Compel Interrogatory Answers. For the reasons stated on the record at the May 7, 2019, hearing, the parties are directed to confer in good faith as to (1) what, if any, disputes raised in the pending motions remain for the Court's resolution after the Plaintiffs' anticipated filing of their Second Amended Complaint on (or before) May 10, 2019; and (2) the parameters of a confidentiality agreement governing the parties' disclosure of confidential information. The parties are further directed to file a joint notice no later than May 24, 2019, advising the Court of the outcome of their discussions and the extent to which they intend to amend their pending discovery motions. If necessary, the Court will set an expedited briefing schedule relative to any such amended motions. Signed by Magistrate Judge Christopher P. Tuite on 5/7/2019. (AMM) (Entered: 05/07/2019)** |
| 05/08/2019 | 59 | TRANSCRIPT of MOTION HEARING held on April 26, 2019 before Judge Virginia M. Hernandez Covington. Court Reporter/Transcriber Scott N. Gamertsfelder,Telephone number 813.301.5898. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 5/29/2019, Redacted Transcript Deadline set for 6/10/2019, Release of Transcript Restriction set for 8/6/2019. (SNG) (Entered: 05/08/2019) |
| 05/08/2019 | 60 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Scott N. Gamertsfelder. scottgrmr@aol.com (SNG) (Entered: 05/08/2019) |
| | | |

| 05/10/2019 | 61 | SECOND AMENDED COMPLAINT against Christopher Frankel with Jury Demand. filed by Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust, Alpine Securities Corporation.(Susman, Jordan) (Entered: 05/10/2019) |
|---|---|---|
| 05/10/2019 | 62 | MOTION to modify Case Management and Scheduling Order by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 05/10/2019) |
| 05/13/2019 | 63 | **ENDORSED ORDER: The plaintiffs indicate in their Motion to Modify Case Management and Scheduling Order that the defendant opposes the relief requested. (Doc. # 62 at 12). The defendant is directed to file a response to this Motion by May 15, 2019. Signed by Judge Virginia M. Hernandez Covington on 5/13/2019. (DLB) (Entered: 05/13/2019)** |
| 05/15/2019 | 64 | RESPONSE in Opposition re 62 MOTION to modify Case Management and Scheduling Order filed by Christopher Frankel. (Banker, David) (Entered: 05/15/2019) |
| 05/15/2019 | 65 | **ENDORSED ORDER: Although the Court recognizes that the motion is opposed, the Court finds it appropriate under the circumstances of this case to grant in part and deny in part the motion to modify. (Doc. # 62). Plaintiffs' expert reports deadline is now June 25, 2019. Defendant's expert report deadline is now July 26, 2019. And the discovery deadline, which encompasses the deadline to depose experts, is now August 9, 2019. The Court will be disinclined to extend any of these deadlines further. Signed by Judge Virginia M. Hernandez Covington on 5/15/2019. (DMD) (Entered: 05/15/2019)** |
| 05/24/2019 | 66 | NOTICE by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust *of Joint Report Re Status of Discovery Disputes* (Susman, Jordan) (Entered: 05/24/2019) |
| 05/24/2019 | 67 | MOTION for Attorney Fees by Christopher Frankel. (Holder, Harold) (Entered: 05/24/2019) |
| 05/24/2019 | 68 | MOTION to Dismiss Second Amended Complaint *(all counts) with Prejudice* by Christopher Frankel. (Holder, Harold) (Entered: 05/24/2019) |
| 05/31/2019 | 69 | RESPONSE in Opposition re 67 MOTION for Attorney Fees filed by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 05/31/2019) |
| 06/07/2019 | 70 | MOTION for leave to file To File Reply In Support of Motion for Attorneys' Fees and Costs by Christopher Frankel. (Holder, Harold) (Entered: 06/07/2019) |
| 06/07/2019 | 71 | RESPONSE in Opposition re 68 MOTION to Dismiss Second Amended Complaint *(all counts) with Prejudice* filed by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 06/07/2019) |
| 06/14/2019 | 72 | Unopposed MOTION to extend time to June 19, 2019 *to Confer and File Joint Report* by Christopher Frankel. (Holder, Harold) (Entered: 06/14/2019) |

| | | |
|---|---|---|
| 06/17/2019 | 73 | **ENDORSED ORDER: The Clerk is directed to schedule a hearing on the motion for attorney's fees (Doc. # 67) and the motion to dismiss the Second Amended Complaint (Doc. # 68) on July 2, 2019, at 2:00 PM. Signed by Judge Virginia M. Hernandez Covington on 6/17/2019. (DMD)** (Entered: 06/17/2019) |
| 06/17/2019 | 74 | NOTICE of hearing on motion re 68 MOTION to Dismiss Second Amended Complaint *(all counts) with Prejudice*, 67 MOTION for Attorney Fees . Motion Hearing set for 7/2/2019 at 2:00 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (TWL) (Entered: 06/17/2019) |
| 06/17/2019 | 75 | **ENDORSED ORDER granting 72 Agreed Motion to Extend Deadline to Confer and File Joint Report. The parties' joint notice regarding the status of pending discovery disputes is due on or before 6/19/2019. Signed by Magistrate Judge Christopher P. Tuite on 6/17/2019. (AMM)** (Entered: 06/17/2019) |
| 06/19/2019 | 76 | First MOTION to quash Non-Party Subpoenas *and for Protective Order* by Christopher Frankel. (Attachments: # 1 Exhibit)(Holder, Harold) (Entered: 06/19/2019) |
| 06/19/2019 | 77 | **ENDORSED ORDER denying as moot 70 Motion for Leave to File. The Court has set this matter for hearing where these matters can be addressed. Signed by Judge Virginia M. Hernandez Covington on 6/19/2019. (Covington, Virginia)** (Entered: 06/19/2019) |
| 06/19/2019 | 78 | Unopposed MOTION to extend time to Confer and File Joint Report by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 06/19/2019) |
| 06/20/2019 | 79 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The hearing on motion re 68 MOTION to Dismiss Second Amended Complaint (all counts) with Prejudice, 67 MOTION for Attorney Fees hearing previously scheduled for 7/2/2019 at 2:00 PM is rescheduled. New hearing time: Motion Hearing set for 7/2/2019 at 3:30 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (TWL) (Entered: 06/20/2019) |
| 06/20/2019 | 80 | NOTICE OF RESCHEDULING HEARING (AS TO TIME ONLY): The hearing on motion re 68 MOTION to Dismiss Second Amended Complaint (all counts) with Prejudice, 67 MOTION for Attorney Fees hearing previously scheduled for 7/2/2019 at 3:30 PM is rescheduled. New hearing time: Motion Hearing set for 7/2/2019 at 1:00 PM in Tampa Courtroom 14 B before Judge Virginia M. Hernandez Covington. (TWL) (Entered: 06/20/2019) |
| 06/20/2019 | 81 | **ENDORSED ORDER granting 78 Agreed Motion to Further Extend Deadline to Confer and File Joint Report. The parties' joint notice regarding the status of pending discovery disputes is due on or before 6/21/2019. Signed by Magistrate Judge Christopher P. Tuite on 6/20/2019. (AMM)** (Entered: 06/20/2019) |
| 06/21/2019 | 82 | NOTICE by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust *of Joint Report Regarding Status of Discovery Disputes* (Arnold, Margo) (Entered: 06/21/2019) |

| 06/21/2019 | 83 | MOTION to modify CASE MANAGEMENT AND SCHEDULING ORDER by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Arnold, Margo) (Entered: 06/21/2019) |
|---|---|---|
| 06/24/2019 | 84 | **ENDORSED ORDER denying 83 Motion to modify. This motion is opposed and it is unfair to impose on defendant the tight schedule suggested by plaintiffs. Furthermore, the Court previously warned that it would be disinclined to extend the deadlines again. Signed by Judge Virginia M. Hernandez Covington on 6/24/2019. (Covington, Virginia)** (Entered: 06/24/2019) |
| 06/24/2019 | 85 | NOTICE of Appearance by Victor Stephen Cohen on behalf of Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust (Cohen, Victor) (Entered: 06/24/2019) |
| 06/27/2019 | 86 | NOTICE of supplement to Rule 3.01(g) certificate by Christopher Frankel re 76 First MOTION to quash Non-Party Subpoenas and for Protective Order (Holder, Harold) Modified on 6/28/2019 (BES). (Entered: 06/27/2019) |
| 07/01/2019 | 87 | RESPONSE in Opposition re 76 First MOTION to quash Non-Party Subpoenas *and for Protective Order* filed by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Attachments: # 1 Declaration of Jordan Susman in Support of Opposition) (Susman, Jordan) (Entered: 07/01/2019) |
| 07/02/2019 | 88 | Minute Entry. Proceedings held before Judge Virginia M. Hernandez Covington: MOTION HEARING held on 7/2/2019 re 67 MOTION for Attorney Fees filed by Christopher Frankel, 68 MOTION to Dismiss Second Amended Complaint *(all counts) with Prejudice* filed by Christopher Frankel. Court Reporter: Scott N. Gamertsfelder (TWL) (Entered: 07/02/2019) |
| 07/03/2019 | 89 | **ENDORSED ORDER: For the reasons stated on the record at the hearing conducted on July 2, 2019, Defendant Christopher Frankel's Motion for Attorneys' Fees and Costs (Doc. # 67) is denied without prejudice because the request is premature. Nonetheless, Frankel has preserved this issue by filing the Motion, so he may raise this issue again at the appropriate time. Signed by Judge Virginia M. Hernandez Covington on 7/3/2019. (DLB)** (Entered: 07/03/2019) |
| 07/03/2019 | 90 | **ORDER: Defendant Christopher Frankel's Motion to Dismiss All Counts of Plaintiffs' Second Amended Complaint (Doc. # 68) is DENIED. Signed by Judge Virginia M. Hernandez Covington on 7/3/2019. (DLB)** (Entered: 07/03/2019) |
| 07/03/2019 | 91 | **ENDORSED ORDER: Defendant Christopher Frankel is directed to file his answer to the second amended complaint (Doc. # 61) by July 16, 2019. Signed by Judge Virginia M. Hernandez Covington on 7/3/2019. (DLB)** (Entered: 07/03/2019) |
| 07/03/2019 | 92 | Second MOTION to Compel Responses and Production of Documents by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The |

| | | |
|---|---|---|
| | | Hurry Family Revocable Trust. (Susman, Jordan) Motions referred to Magistrate Judge Christopher P. Tuite. (Entered: 07/03/2019) |
| 07/05/2019 | 93 | **ENDORSED ORDER denying without prejudice 40 Plaintiffs' Motion to Compel Responses to Interrogatories from Defendant Christopher Frankel; 41 Plaintiffs' Motion to Compel Responses to and Production of Documents from Defendant Christopher Frankel; and 46 Frankel's Motion to Compel Interrogatory Answers, based on the parties' 82 Joint Notice Regarding Status of Discovery Disputes. To the extent that any discovery disputes raised in these motions remain and require Court intervention, the parties may file an amended motion(s). Signed by Magistrate Judge Christopher P. Tuite on 7/5/2019. (AHA)** (Entered: 07/05/2019) |
| 07/10/2019 | 94 | NOTICE OF HEARING re: 76 Defendant's Motion to Quash Non-Party Subpoenas and for Protective Order and 92 Plaintiff's Second Motion to Compel Responses and Production of Documents from Defendant Christopher Frankel. Motion Hearing set for 7/22/2019 at 09:00 AM in Tampa Courtroom 12B before Magistrate Judge Christopher P. Tuite. (AMM) (Entered: 07/10/2019) |
| 07/16/2019 | 95 | COUNTERCLAIM *, Answer, and Defenses to Second Amended Complaint* against Christopher Frankel filed by Christopher Frankel. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3(a), # 4 Exhibit 3(b), # 5 Exhibit 4) (Banker, David) (Entered: 07/16/2019) |
| 07/18/2019 | 96 | RESPONSE to Motion re 92 Second MOTION to Compel Responses and Production of Documents filed by Christopher Frankel. (Banker, David) (Entered: 07/18/2019) |
| 07/22/2019 | 97 | Minute Entry. Proceedings held before Magistrate Judge Christopher P. Tuite: MOTION HEARING held on 7/22/2019 re 92 Second MOTION to Compel Responses and Production of Documents filed by Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust, Alpine Securities Corporation, 76 First MOTION to quash Non-Party Subpoenas *and for Protective Order* filed by Christopher Frankel. (DIGITAL) (LYB) (Entered: 07/22/2019) |
| 07/22/2019 | 100 | **ENDORSED ORDER re: 76 Defendant's Motion to Quash Non-Party Subpoenas and for Protective Order and 92 Plaintiff's Second Motion to Compel Responses and Production of Documents from Defendant Christopher Frankel. As discussed on the record at the July 22, 2019, hearing on these motions, the parties are directed to confer in good faith by the close of business on 7/24/2019, regarding a reasonable subject-matter limitation for the Plaintiff's non-party subpoenas and requests for the production of documents that remain at issue. The parties are further directed to file a joint notice by noon on 7/25/2019, advising the Court as to whether they have agreed on such a limitation and, if not, the specific reasons (including any case authority) supporting their respective positions. Signed by Magistrate Judge Christopher P. Tuite on 7/22/2019. (AMM)** (Entered: 07/22/2019) |
| | | |

| 07/24/2019 | 101 | NOTICE by Alpine Securities Corporation, Peter J. Grilli, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust re 100 Order no pdf *[Joint] Notice Regarding Discovery Issues* (Cohen, Victor) (Entered: 07/24/2019) |
| 07/25/2019 | 102 | **ENDORSED ORDER denying as moot 76 Defendant's Motion to Quash Non-Party Subpoenas and for Protective Order and 92 Plaintiff's Second Motion to Compel Response and Production of Documents from Defendant Christopher Frankel in light of the agreements set forth in the parties' Joint Notice Regarding Discovery Issues 101. Signed by Magistrate Judge Christopher P. Tuite on 7/25/2019. (AMM)** (Entered: 07/25/2019) |
| 07/26/2019 | 103 | MEDIATION report Hearing held on July 26, 2019. Hearing outcome: The parties have reached an impasse. (Grilli, Peter) (Entered: 07/26/2019) |
| 08/01/2019 | 104 | MOTION to Strike 95 Counterclaim by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 08/01/2019) |
| 08/06/2019 | 105 | MOTION to Dismiss Malicious Prosecution Counterclaim by Cayman Securities Clearing and Trading Ltd. (Susman, Jordan) (Entered: 08/06/2019) |
| 08/06/2019 | 106 | REPLY to 95 Counterclaim by Alpine Securities Corporation, Cayman Securities Clearing and Trading Ltd., Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust.(Susman, Jordan) (Entered: 08/06/2019) |
| 08/12/2019 | 107 | MOTION to modify CASE MANAGEMENT AND SCHEDULING ORDER by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Attachments: # 1 Affidavit)(Susman, Jordan) (Entered: 08/12/2019) |
| 08/15/2019 | 108 | TRANSCRIPT of MOTION HEARING held on July 2, 2019 before Judge Virginia M. Hernandez Covington. Court Reporter/Transcriber Scott N. Gamertsfelder,Telephone number 813.301.5898. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 9/5/2019, Redacted Transcript Deadline set for 9/16/2019, Release of Transcript Restriction set for 11/13/2019. (SNG) (Entered: 08/15/2019) |
| 08/15/2019 | 109 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Scott N. Gamertsfelder. scottgrmr@aol.com (SNG) (Entered: 08/15/2019) |
| 08/16/2019 | 110 | |

| | | |
|---|---|---|
| | | RESPONSE to Motion re [104](#) MOTION to Strike [95](#) Counterclaim filed by Christopher Frankel. (Banker, David) (Entered: 08/16/2019) |
| 08/20/2019 | 111 | **ENDORSED ORDER denying [107](#) Plaintiffs' Motion to Modify Case Management and Scheduling Order. This is Plaintiffs' third such motion seeking a modification of the dates set forth in the Court's Case Management and Scheduling Order. The Court already extended the discovery deadline in this case to August 9, 2019, at the Plaintiffs' request (Doc. # 65). The Court has also repeatedly warned Plaintiffs that it would be disinclined to extend the deadlines further (Doc. ## 65, 84). Yet Plaintiffs filed this third motion to modify the Case Management and Scheduling Order on August 12, 2019, after the extended discovery deadline had passed. What's more, the Court's Case Management and Scheduling Order provides that, pursuant to Fed. R. Civ. P. 16(b) and Local Rule 3.09(a), deadlines will not be extended absent a showing of good cause. (Doc. # [29](#) at 5). The Court cannot discern good cause here for reopening and extending discovery. Plaintiffs were aware of Defendants' relationship with Vision Financial Markets, LLC and of Vision employee Randy Jones since at least June of 2019. (Doc. # 107 at 2; Doc. # 76-1 at 2-9). Yet Plaintiffs set the deposition of Vision and Mr. Jones for August 8, 2019, one day before the close of discovery. (Doc. # 107 at 2). As for the documents that Plaintiffs claim Defendant has failed to produce, Plaintiffs were aware of those missing documents since August 6 and/or August 7, 2019, and failed to file a motion to compel prior to the discovery deadline. (Doc. # 107 at 2-3). As the Court advised in its Case Management and Scheduling Order, "[f]ailure to complete discovery within the time established by this Order shall not constitute cause for continuance." (Doc. # 29 at 5). For these reasons, Plaintiffs' motion is due to be denied. Signed by Judge Virginia M. Hernandez Covington on 8/20/2019. (SGM)** (Entered: 08/20/2019) |
| 08/22/2019 | 112 | **ENDORSED ORDER granting Cayman Securities Clearing and Trading Ltd.'s Motion to Dismiss Defendant's Malicious Prosecution Counterclaim (Doc. # [105](#)). Defendant / Counter-Claimant Christopher Frankel did not file a response in opposition to the Motion to Dismiss and, indeed, has indicated that he has no objection to dismissal of his malicious prosecution counterclaim without prejudice (Doc. # [110](#)). This Court therefore considers the Motion to Dismiss to be unopposed. Furthermore, the Court finds it appropriate to dismiss Frankel's malicious prosecution counterclaim without prejudice because Frankel raised this counterclaim after the deadline set by this Court for amendment of pleadings and because Frankel has indicated that he wishes to proceed with just Count I of his Counterclaim. (Doc. # 110 at 2-3; Doc. # 95 at 24-27). Accordingly, Defendant Christopher Frankel's malicious prosecution counterclaim (Count II), as raised in his Answer, Defenses, and Counterclaim to the Second Amended Complaint (Doc. # 95), is dismissed without prejudice. Signed by Judge Virginia M. Hernandez Covington on 8/22/2019. (SGM)** (Entered: 08/22/2019) |
| 08/22/2019 | [113](#) | |

|  |  | **ORDER: Counter-Defendants' Motion to Strike Christopher Frankel's Counterclaim to the Second Amended Complaint (Doc. # 104) is DENIED as to Counterclaim Count I and DENIED AS MOOT as to Counterclaim Count II. Signed by Judge Virginia M. Hernandez Covington on 8/22/2019. (SGM)** (Entered: 08/22/2019) |
| 08/23/2019 | 114 | MOTION for partial summary judgment by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Attachments: # 1 Statement of Material Facts in Support of Motion, # 2 Declaration of Jordan Susman in Support of Motion, # 3 Declaration of Mike Cruz in Support of Motion)(Susman, Jordan) (Entered: 08/23/2019) |
| 08/23/2019 | 115 | DEPOSITION of John Joseph Hurry taken on August 7, 2019 re 114 MOTION for partial summary judgment by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 08/23/2019) |
| 08/23/2019 | 116 | DEPOSITION of Christopher Frankel taken on August 7, 2019 re 114 MOTION for partial summary judgment by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 08/23/2019) |
| 08/23/2019 | 117 | MOTION to Strike *Plaintiffs' Expert Witness* by Christopher Frankel. (Attachments: # 1 Appendix)(Banker, David) (Entered: 08/23/2019) |
| 08/23/2019 | 118 | MOTION for summary judgment by Christopher Frankel. (Attachments: # 1 Exhibit, # 2 Exhibit Hurry Dep. Ex. 1, # 3 Exhibit Hurry Dep. Ex. 3, # 4 Exhibit Hurry Dep. Ex. 4, # 5 Exhibit Hurry Dep. Ex. 36, # 6 Exhibit Frankel Dep. Ex. 3, # 7 Exhibit Frankel Dep. Ex. 4, # 8 Exhibit Plfs.' Supp. Interrog. Resps., # 9 Exhibit Plfs.' Supp. Resps. to RFPs, # 10 Exhibit Plfs.' Further Supp. Resps. to RFPs)(Holder, Harold) (Entered: 08/23/2019) |
| 08/23/2019 |  | Sealed Document S-119. (BES) (Entered: 08/28/2019) |
| 08/26/2019 | 120 | **ENDORSED ORDER: On August 23, 2019, Plaintiffs filed a Motion for Leave to File Documents Under Seal (Doc. # 119). However, the Motion does not contain the certification required by Local Rule 3.01(g). Plaintiffs are directed to promptly supplement their Motion with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the Motion. See Local Rule 3.01(g) ("The moving party retains the duty to contact opposing counsel expeditiously after filing and to supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion."). Signed by Judge Virginia M. Hernandez Covington on 8/26/2019. (SGM)** (Entered: 08/26/2019) |
| 08/27/2019 | 121 | MOTION to supplement Plaintiffs' Unopposed Motion for Leave to File Documents Under Seal, Certification Pursuant to L.R.3.01(g) by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 08/27/2019) |
| 08/28/2019 |  | Sealed Documents S-122, S-123 and S-124. (BES) (Entered: 08/28/2019) |

| 08/28/2019 | 125 | RESPONSE re Sealed Document *To Plaintiffs' Motion for Leave to File Documents Under Seal and Memorandum of Law In Support (Doc. #119)* filed by Christopher Frankel. (Holder, Harold) (Entered: 08/28/2019) |
|---|---|---|
| 09/06/2019 | 126 | RESPONSE in Opposition re 118 MOTION for summary judgment filed by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Attachments: # 1 Response to Statement of Material Facts, # 2 Declaration of Susman in Support of Opposition, # 3 Declaration of Cruz in Support of Opposition, # 4 Request for Judicial Notice, # 5 Index of Exhibits to Request for Judicial Notice)(Susman, Jordan) (Entered: 09/06/2019) |
| 09/06/2019 | 127 | MOTION to Strike 118 MOTION for summary judgment by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 09/06/2019) |
| 09/20/2019 | 128 | REPLY to Response to Motion re 118 MOTION for summary judgment filed by Christopher Frankel. (Attachments: # 1 Exhibit Reply to Plfs.'s Resp. to Material Facts, # 2 Exhibit Declaration of David Jarvis)(Holder, Harold) (Entered: 09/20/2019) |
| 09/20/2019 | 129 | RESPONSE in Opposition re 127 MOTION to Strike 118 MOTION for summary judgment filed by Christopher Frankel. (Holder, Harold) (Entered: 09/20/2019) |
| 09/23/2019 | 130 | **ENDORSED ORDER: On August 23, 2019, Defendant Christopher Frankel filed a Motion to Strike Plaintiffs' Expert Witness (Doc. # 117). The time to respond has passed, and no response has been filed. Accordingly, the Court treats the motion as unopposed, and the motion is granted. See Local Rule 3.01(b). Signed by Judge Virginia M. Hernandez Covington on 9/23/2019. (SGM)** (Entered: 09/23/2019) |
| 09/23/2019 | 131 | RESPONSE in Opposition re 114 MOTION for partial summary judgment filed by Christopher Frankel. (Attachments: # 1 Exhibit)(Holder, Harold) (Entered: 09/23/2019) |
| 10/04/2019 | 132 | REPLY to Response to Motion re 114 MOTION for partial summary judgment filed by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Attachments: # 1 Plaintiff's Reply to Frankel's Response to Plaintiffs' Material Facts)(Susman, Jordan) (Entered: 10/04/2019) |
| 10/04/2019 | 133 | NOTICE to the Courts to take judicial notice regarding *Administrative Proceeding* by Alpine Securities Corporation, Scottsdale Capital Advisors Corporation, The Hurry Family Revocable Trust. (Susman, Jordan) (Entered: 10/04/2019) |

| **PACER Service Center** |
|---|
| **Transaction Receipt** |
| 10/09/2019 13:26:22 |

| PACER Login: | jchou353:4366446:4362501 | Client Code: | |
| --- | --- | --- | --- |
| Description: | Docket Report | Search Criteria: | 8:18-cv-02869-VMC-CPT |
| Billable Pages: | 18 | Cost: | 1.80 |

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JASON BROWN,                        :
                                    :
        Plaintiff,                  :
                                    :
        v.                          :    CASE NO.  3:16mc196(RNC)
                                    :
LOWE'S COMPANIES INC.,              :
                                    :
        Defendant.                  :

RULING AND ORDER

Pending before the court is the plaintiff Jason Brown's motion to compel nonparty Novitex Enterprise Solutions, Inc. ("Novitex") with a subpoena duces tecum pursuant to Fed.R.Civ.P. 45(d).[1] (Doc. #1.)  For the reasons that follow, the motion is denied.

The subpoena is related to an underlying civil action pending in the United States District Court for the Western District of North Carolina, Brown v. Lowe's Cos. Inc., No. 5:13cv79 (W.D.N.C.).[2] The subpoena was issued from the Western District of North Carolina as required by Fed.R.Civ.P. 45(a)(2) ("[a] subpoena must issue from the court where the action is pending.") The subpoena required Novitex to produce the requested documents in Atlanta, Georgia or in the alternative, in Newport News, Virginia. See Doc. #1, Ex. 1.  The District of Connecticut is not mentioned

---

[1]U.S. District Judge Robert N. Chatigny referred the motion to the undersigned.  (Doc. #3.)

[2]In the underlying case, the plaintiff, Jason Brown, brings individual and putative class claims against First Advantage Background Service alleging violations of the Fair Credit Reporting Act.

in the subpoena.

Rule 45 provides "[w]here the commanded party objects to a subpoena duces tecum," the "serving party may move the court for the district where compliance is required for an order compelling production or inspection." Fed.R.Civ.P. 45(d)(2)(B)(i).[3] "Rule 45 specifies that a motion to compel must be brought in 'the court for the district where compliance is required.'" JMC Rest. Holdings, LLC v. Pevida, No. 14 CIV. 6157(WFK)(VMS), 2015 WL 2240492, at *3 (E.D.N.Y. May 12, 2015). However, as Novitex correctly points out, the District of Connecticut, where the plaintiff filed the instant motion to compel, is not "the district where compliance is required . . . ." Fed.R.Civ.P. 45(d)(2)(B)(i).

The plaintiff's motion to compel is denied. See, e.g., Greene v. Paramount Pictures Corp., No. 14CV1044(JS)(SIL), 2016 WL 4398432, at *2 (E.D.N.Y. July 22, 2016) (denying motion to compel a nonparty to comply with subpoena "[b]ecause compliance is required in Manhattan [and therefore], this motion is properly brought in the Southern District of New York, and not in this Court."); JMC Rest. Holdings, LLC v. Pevida, No. 14 CIV.

---

[3]Pursuant to the 2013 amendments to Rule 45, the court where compliance is required "may transfer a motion . . . to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed.R.Civ.P. 45(f). However, "the motion must be filed in the first instance with the court in the district where compliance is required." Diamond Consortium, Inc. v. Manookian, No. 4:16-CV-00094, 2016 WL 6804865, at *1 (E.D. Tex. Nov. 17, 2016).

6157(WFK)(VMS), 2015 WL 2240492, at *5 (E.D.N.Y. May 12, 2015)(denying plaintiffs' motion to compel compliance with subpoena which commanded nonparty to produce documents at plaintiffs' counsel's office located in the Southern District of New York); Johnson v. Simmons, No. 1:13CV205-HSO-RHW, 2015 WL 2155714, at *2 (S.D. Miss. May 7, 2015)(denying plaintiff's motion to compel because "Plaintiff is attempting to enforce the subpoena in the wrong court. It is not disputed that compliance is required in the state of Washington. Accordingly, Plaintiff should have sought to compel production in Washington as required by Rule 45(d)(2)(B)(i)."); Trover Grp., Inc. v. Dedicated Micros USA, No. 2:13CV1047(WCB), 2015 WL 11117083, at *2 (E.D. Tex. Mar. 27, 2015)(denying motion to compel where subpoena directed "that compliance is to take place at a location within the Southern District of Florida. It is therefore that court, not this one, that is authorized to address [the] motion."); Simmons v. Fervent Electrical Corp., No. 14 Civ. 1804(ARR)(MDG), 2014 WL 4285762 (E.D.N.Y. Aug. 29, 2014)(stating that "the court lacks jurisdiction" to address plaintiffs' motion to compel a nonparty to comply with a subpoena where compliance was required in the Southern District of New York); Shaw Grp., Inc. v. Zurich Am. Ins. Co., No. CIV.A. 12-257-JJB, 2014 WL 204244, at *2 (M.D. La. Jan. 17, 2014) (denying defendant's motion to compel nonparty's compliance with a subpoena where the place of compliance for the

subpoenas was in a district other than where the motion was filed).

This is not a recommended ruling, but a ruling on a non-dispositive motion, the standard of review of which is specified in 28 U.S.C. § 636; Fed.R.Civ.P. 6(a), 6(d) & 72; and Rule 72.2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the District Judge upon timely made objection.

See 28 U.S.C. § 636(b)(written objections to ruling must be filed within fourteen calendar days after service of same); Fed. R. Civ. P. 6(a) & 72; Rule 72.2 of the Local Rules for United States Magistrate Judges, United States District Court for the District of Connecticut; Small v. Secretary, H&HS, 892 F.2d. 15, 16 (2d Cir. 1989)(failure to file timely objection to Magistrate Judge's recommended ruling will preclude further appeal to Second Circuit).

Dated this 7th day of December, 2016 at Hartford, Connecticut.


_____/s/_____
Donna F. Martinez
United States Magistrate Judge

4